JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-30-13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 30 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTHEW SCOTT SIMPSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA et al.,

    Respondents.

Case No. CV 13-4768-JSL (JPR)

J U D G M E N T

Pursuant to the Order Summarily Dismissing 28 U.S.C. § 2241 Petition for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 29, 2013

          /s/ Spencer Letts
J. SPENCER LETTS
U.S. DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 30 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY