I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-30-13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 30 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SCOTT SIMPSON, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA et al., <br><br> Respondents. | Case No. CV 13-4768-JSL (JPR) <br><br> **J U D G M E N T** |

Pursuant to the Order Summarily Dismissing 28 U.S.C. § 2241 Petition for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

*Spencer Letts*

DATED: July 29, 2013

J. SPENCER LETTS
U.S. DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 30 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY